O

JS - 6

cc: order, docket, remand letter to
Riverside County Superior Court,
Southwest Justice Center, Murrieta,
No. SWC 1202336

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARTINGALE INVESTMENTS, LLC, | ) | Case No. EDCV 12-02093 DDP (SPx) |
| Plaintiff, | ) | |
| v. | ) | **ORDER GRANTING PLAINTIFF'S MOTION TO REMAND** |
| MARIO I CALLIRGOS AND ANNA M CALLIRGOS, | ) | [Dkt. No. 5] |
| Defendants. | ) | |

Presently before the court is Plaintiff's Motion to Remand. Because Defendants have not filed an opposition, the court GRANTS the motion.

Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. C.D. Cal. L.R. 7-9. Additionally, Local Rule 7-12 provides that "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." C.D. Cal. L.R. 7-12.

1      The hearing on Plaintiff's motion was set for January 14,
2 2013.¹  Defendants' opposition was therefore due by December 24,
3 2012.  As of the date of this Order, Defendants have not filed an
4 opposition, or any other filing that could be construed as a
5 request for a continuance.  Accordingly, the court deems
6 Defendants' failure to oppose as consent to granting the motion to
7 remand, and GRANTS the motion.
8
9 IT IS SO ORDERED.
10
11
12 Dated: January 3, 2013
                                  DEAN D. PREGERSON
13                                United States District Judge

---

¹ The motion was originally set for hearing on January 8, 2013, but was continued to January 14 on the court's own motion. (Dkt. No. 6.)

2