O

JS - 6

cc: order, docket, remand letter to
Riverside County Superior Court,
Southwest Justice Center, Murrieta,
No. SWC 1202336

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTINGALE INVESTMENTS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>MARIO I CALLIRGOS AND ANNA M CALLIRGOS,<br><br>    Defendants. | Case No. EDCV 12-02093 DDP (SPx)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO REMAND**<br><br>[Dkt. No. 5] |

    Presently before the court is Plaintiff's Motion to Remand. Because Defendants have not filed an opposition, the court GRANTS the motion.

    Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. C.D. CAL. L.R. 7-9. Additionally, Local Rule 7-12 provides that "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." C.D. CAL. L.R. 7-12.

The hearing on Plaintiff's motion was set for January 14, 2013.[1]  Defendants' opposition was therefore due by December 24, 2012.  As of the date of this Order, Defendants have not filed an opposition, or any other filing that could be construed as a request for a continuance.  Accordingly, the court deems Defendants' failure to oppose as consent to granting the motion to remand, and GRANTS the motion.

IT IS SO ORDERED.

Dated: January 3, 2013

DEAN D. PREGERSON
United States District Judge

---

[1] The motion was originally set for hearing on January 8, 2013, but was continued to January 14 on the court's own motion. (Dkt. No. 6.)

2